# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JESSE DRISKILL, | ) |
| Petitioner, | ) |
| v. | ) Case No. 21-cv-08002-SRB |
| PAUL BLAIR, | ) |
| Respondent. | ) |

## ORDER

Before the Court is a Suggestion of Death. (Doc. #23.) The exhibit attached to the suggestion reports that Petitioner Jesse Driskill ("Driskill") died on June 12, 2023, at 5:58 p.m. (Doc. #23-1, p. 2.) Driskill was before this Court petitioning for a writ of habeas corpus. Since his imprisonment ended upon his death, his Petition is moot. Accordingly, it is hereby **ORDERED** that Petitioner's Amended Petition for a Writ of Habeas Corpus by a Prisoner in State Custody is **DENIED AS MOOT**. The Clerk of Court is directed to mark this case as CLOSED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

DATE: June 16, 2023